1   Troy Monge, Esq.
    Law Offices of Martin Taller, APC
2   2300 E. Katella Avenue, Suite 440
    ANAHEIM, CALIFORNIA 92806
3   TELEPHONE (714) 385-8100
    troymonge@hotmail.com
4

5   Attorney Bar #217035
    Attorneys for Bruce M. Medeck, Jr.
6

7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  BRUCE M. MEDECK, JR.,                )   No.  EDCV 13-376 JC
                                         )
12       Plaintiff,                      )   ORDER
                                         )   AWARDING EQUAL ACCESS
13       v                               )   TO JUSTICE ACT ATTORNEY
                                         )   FEES AND COSTS
14  CAROLYN W. COLVIN,                   )
    Commissioner of Social Security,     )
15                                       )
         Defendant.                      )
16  _____  )

17
         Based upon the parties' Stipulation for Award and Payment of Equal Access
18
    to Justice Act Fees, Costs and Expenses:
19
         IT IS ORDERED that the Commissioner shall pay the amount of TWO
20
    THOUSAND FIVE HUNDRED SIX DOLLARS and SEVENTY-THREE CENTS
21
    ($2,506.73) for attorney fees and THREE HUNDRED SEVENTY DOLLARS and
22
    SEVENTY-ONE CENTS ($370.71) for costs, as authorized by 28 U.S.C. §§1920
23
    and 2412(d), subject to the terms of the above-referenced Stipulation.
24
         Dated:       November 26, 2013
25

26                                    /s/
                                   _____
                                   THE HONORABLE JACQUELINE CHOOLJIAN
27                                 UNITED STATES MAGISTRATE JUDGE

28

                                        1